IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-90032-B

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JAN 1 9 2007

THOMAS K. KAHN
CLERK

GLADYS JENKINS,
DENISE LEVERT,
DAVID WILLIAMS,
PEGGY JOHNSON,
SHARON GRIFFIN,
on behalf of themselves and
all similarly situated persons,

                Petitioners,

versus

BELLSOUTH CORPORATION,

                Respondent

Petition for Permission to Appeal Order Denying
Petitioners' Motion for Class Certification

Before ANDERSON, BLACK, and MARCUS, Circuit Judges.

BY THE COURT:

    This petition for permission to appeal is DISMISSED for lack of jurisdiction. The petition, filed with this Court on November 24, 2006, is untimely to appeal the district court's November 7, 2006, memorandum opinion and order denying petitioners' motion for class certification and alternative motion for leave to amend the complaint. See Fed.R.App.P. 5;

Fed.R.Civ.P. 6(a), 23(f); Shin v. Cobb County Bd. of Educ., 248 F.3d 1061, 1065 (11th Cir. 2001). Furthermore, to the extent petitioners seek review of the denial of the motion to amend the complaint, such review is not available. See Wells v. South Main Bank, 532 F.2d 1005, 1006 (5th Cir. 1976).

No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.